IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BOBBY DWAYNE WILLIAMS                                                                              PLAINTIFF

v.                                              Case No. 5:13-CV-05210

PROSECUTOR SCOTT HOUSTON; and
CIRCUIT JUDGE MIKE MEDLOCK                                                                       DEFENDANTS

**O R D E R**

Currently before the Court is the report and recommendations (Doc. 6) filed in this case on December 10, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. No objections have been filed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Plaintiff's Complaint be **DISMISSED WITH PREJUDICE**. The Clerk is directed to place a § 1915(g) strike flag on the case.

Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE